263 F.2d 837
 UNITED STATES of America, Plaintiff-Appellee,
v.
Daniel SPERDUTTO, Defendant-Appellant.
 No. 264, Docket 25495.
 United States Court of Appeals Second Circuit.
 Argued March 3, 1959.
Decided March 3, 1959.
 
 Bernard R. Lieberman, New York City, for appellant.
 James G. Starkey, Asst. U.S. Atty., S.D.N.Y., New York City (Arthur H. Christy, U.S. Atty., and Mark F. Hughes, Jr., Asst. U.S. Atty., New York City, on the brief), for appellee.
 Before MEDINA and HINCKS, Circuit Judges, and MATHES, District Judge.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court.